1  JOHN S. BATTENFELD, State Bar No. 119513
   email: jbattenfeld@morganlewis.com
2  DONNA MO, State Bar No. 240621
   email: dmo@morganlewis.com
3  ALEXANDER CHEMERS, State Bar No. 263726
   email: achemers@morganlewis.com
4  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
5  Twenty-Second Floor
   Los Angeles, California 90071-3132
6  Tel. 213.612.2500
   Fax: 213.612.2501
7
8  MORGAN, LEWIS & BOCKIUS LLP
   JENNIFER WHITE-SPERLING, SBN 166504
   email: jwhite-sperling@morganlewis.com
9  5 Park Plaza, Suite 1750
   Irvine, CA 92614
10 Tel: 949.399.7000
   Fax: 949.399.7001
11
12 MORGAN, LEWIS & BOCKIUS LLP
   STEVEN KYLE GANOTIS, SBN 234252
   email: sganotis@morganlewis.com
13 One Market, Spear St Tower
   San Francisco, CA 94105
14 Tel: 415.442.1000
   Fax: 415.442.1001
15
16 Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION

17                    UNITED STATES DISTRICT COURT

18                   SOUTHERN DISTRICT OF CALIFORNIA

19

20 | JENIFER WILLIAMS, an individual, on behalf of herself, and on behalf of all persons similarly situated, | Case No. 3:09-cv-01669-WQH-POR |
|---|---|
| Plaintiff, | **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| vs. | Assigned To: The Honorable William Q. Hayes |
| LOCKHEED MARTIN CORPORATION, a California Corporation, and Does 1 through 10, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/21284112.1

1  **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**
2  **SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER**
3  **ATTORNEYS OF RECORD:**
4     Pursuant to Federal Rule of Civil Procedure 7.1 and CivLR 40.2, the undersigned counsel
5  for Defendant Lockheed Martin Corporation hereby states the following: State Street Bank and
6  Trust Company owns 19% of Lockheed Martin Corporation's stock.  Lockheed Martin
7  Corporation does not have a parent corporation.
8  Dated: August 25, 2009                             MORGAN, LEWIS & BOCKIUS LLP

10                                                    By   s/Donna Mo
11                                                        Donna Mo
                                                          Attorneys for Defendant
12                                                        LOCKHEED MARTIN CORPORATION

28
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21284112.1

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

On August 25, 2009, I served the within document(s):

**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

☒ electronically through the Court's ECF system, to the following recipients:

**Norman B Blumenthal**
Blumenthal, Nordrehaug & Bhowmik
Email: norm@bamlawlj.com

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

**Walter Haines**
United Employees Law Group
65 Pine Ave, #312
Long Beach, CA 90802
Tel: 562-256-1047
Fax: 562-256-1006
Email: walter@whaines.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 25, 2009, at Los Angeles, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Caridad F. Frutos

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/63554688.1