JOHN S. BATTENFELD, State Bar No. 119513
email: jbattenfeld@morganlewis.com
DONNA MO, State Bar No. 240621
email: dmo@morganlewis.com
ALEXANDER CHEMERS, State Bar No. 263726
email: achemers@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel. 213.612.2500
Fax: 213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
email: jwhite-sperling@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

MORGAN, LEWIS & BOCKIUS LLP
STEVEN KYLE GANOTIS, SBN 234252
email: sganotis@morganlewis.com
One Market, Spear St Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENIFER WILLIAMS, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a California Corporation, and Does 1 through 10,<br><br>Defendants. | Case No. 3:09-cv-1669-WQH-POR<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE**<br><br>Date:   September 28, 2009<br>Time:   11:00 a.m.<br>Room:   4 |

DB2/21323353.1

3:09-cv-1669-WQH (POR)
NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE,** that because Plaintiff filed a First Amended Complaint on September 9, 2009, which addresses many of the issues raised in Defendant Lockheed Martin Corporation's Motion to Strike, Defendant hereby withdraws, without prejudice, its pending motion, presently set for hearing on September 28, 2009.

Dated: September 11, 2009               MORGAN, LEWIS & BOCKIUS LLP


By  s/Jennifer White-Sperling
    Jennifer White-Sperling
    Attorneys for Defendant
    LOCKHEED MARTIN CORPORATION

## PROOF OF SERVICE

*Jenifer Williams v. Lockheed Martin Corporation*
USDC Case No. 3:09-cv-1669 WQH-POR

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On September 11, 2009, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE**

[ ]  **BY FAX:** by transmitting via electronic facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.; I also caused the fax machine to print such record(s) of the transmission.

[ X ]  **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY OVERNIGHT MAIL:** By **FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

[ ]  **BY PERSONAL SERVICE:** I delivered to an authorized courier or driver authorized by Orange County Corporate Courier, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]  **BY ELECTRONIC SERVICE:** the parties listed below were served electronically with the document(s) listed above by e-mailed PDF files on September 11, 2009. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is mcalvert@morganlewis.com.

[ X ]  **BY E-FILE:** I caused such documents to be transmitted by e-file with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21324222.1                    1                    3:09-cv-1669-WQH (POR)

| | |
|---|---|
| **Norman B Blumenthal**<br>Blumenthal, Nordrehaug & Bhowmik<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Tel: 858-551-1223<br>Fax: 858-551-1232<br>Email: norm@bamlawlj.com<br>**By E-File** | *Attorneys for Plaintiff* |
| **Walter Haines**<br>United Employees Law Group<br>65 Pine Ave, #312<br>Long Beach, CA 90802<br>Tel: 562-256-1047<br>Fax: 562-256-1006<br>Email: walter@whaines.com<br>**By U.S. Mail** | |

[ ] **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on September 11, 2009, at Irvine, California.

*/s/ Maureen E. Calvert*
Maureen E. Calvert